IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

IN RE:
ALEXANDRIA ECHOLS,                                         CASE NO.:20-21375
    Debtor.                                                              CHAPTER 13

EXPEDITED MOTION TO REINSTATE CHAPTER 13 CASE

COMES NOW the Debtor by and through her attorney of record and would request that her Chapter 13 case be reinstated. Debtor would show unto the Court and Trustee that under the circumstances and working from home there was a mix up between Debtor and attorney and getting the documents to the Trustee. Debtor's attorney is sending the requested information to the Trustee today.

Debtor requests that her Chapter 13 case be reinstated and any filing fee be waived if applicable.

Respectfully Submitted,

/s/ Gary L. Jewel
Gary L. Jewel (5107)
Attorney for Debtor
5342 Estate Office Drive, Suite 3
Memphis, TN 38119
(901)685-2408

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion has been served via electronic mail, this the 13th day of May 2020, to the following;

Trustee
U.S. Trustee

/s/ Gary L. Jewel
Gary L. Jewel